___ FILED  ___ LODGED
___ RECEIVED ___ COPY

OCT 0 4 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____SMH_____ DEPUTY

COREY R. AMUNDSON
Chief, Public Integrity Section
Criminal Division, U.S. Department of Justice
TANYA SENANAYAKE
Trial Attorney, Public Integrity Section
D.C. Bar No. 1006218
Criminal Division, U.S. Department of Justice
1301 New York Ave. 10th Floor
Washington, DC 20530
Telephone: 202-514-1412
Email: Tanya.Senanayake@usdoj.gov

GARY M. RESTAINO
United States Attorney
District of Arizona
SEAN K. LOKEY
Assistant United States Attorney
Arizona State Bar No. 033627
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: sean.lokey@usdoj.gov
*Attorneys for Plaintiff*

SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Mark A. Rissi, <br><br> Defendant. | No.   CR-22-1283-PHX-DWL (MTM) <br><br> **INDICTMENT** <br><br> VIO:   18 U.S.C. § 875(c) <br> (Interstate Threat) <br> Count 1 <br><br> 47 U.S.C. § 223(a)(1)(C) <br> (Threatening Interstate Telephone Call) <br> Count 2 <br><br> 18 U.S.C. § 875(c) <br> (Interstate Threat) <br> Count 3 |

THE GRAND JURY CHARGES:

## BACKGROUND ALLEGATIONS

1. At all times relevant to the indictment, VICTIM-1 was an election official who worked at the Maricopa County Board of Supervisors in Phoenix, Arizona.

2. At all times relevant to the indictment, VICTIM-2 was an official in the Office of the Arizona Attorney General.

## COUNT 1
## 18 U.S.C. § 875(c)
## (INTERSTATE THREAT)

3. On or about September 27, 2021, in the District of Arizona and elsewhere, the defendant MARK A. RISSI, with the intent to communicate a true threat to injure another person and with knowledge that the communication would be viewed as a true threat to injure another person, knowingly transmitted a communication in interstate and foreign commerce containing a true threat to injure the person of another by stating the following in a voicemail telephone message he left for VICTIM-1 on VICTIM-1's office phone system: "Hello Mr. [VICTIM-1], I am glad that you are standing up for democracy and want to place your hand on the Bible and say that the election was honest and fair. I really appreciate that. When we come to lynch your stupid lying Commie ass, you'll remember that you lied on the fucking Bible, you piece of shit. You're gonna die, you piece of shit. We're going to hang you. We're going to hang you."

In violation of Title 18, United States Code, Section 875(c).

## COUNT 2
## 47 U.S.C. § 223(a)(1)(C)
## (THREATENING INTERSTATE TELEPHONE CALL)

4. On or about September 27, 2021, in the District of Arizona and elsewhere, the defendant MARK A. RISSI, did, in interstate and foreign communications, make a telephone call and utilize a telecommunications device, whether or not conversation and communication ensued, without disclosing his identity and with intent to threaten any

specific person, by stating the following in a voicemail telephone message he left for VICTIM-1 on VICTIM-1's office phone system: "Hello Mr. [VICTIM-1], I am glad that you are standing up for democracy and want to place your hand on the Bible and say that the election was honest and fair. I really appreciate that. When we come to lynch your stupid lying Commie ass, you'll remember that you lied on the fucking Bible, you piece of shit. You're gonna die, you piece of shit. We're going to hang you. We're going to hang you."

In violation of Title 47, United States Code, Section 223(a)(1)(C).

### COUNT 3
### 18 U.S.C. § 875(c)
### (INTERSTATE THREAT)

5.  On or about December 8, 2021, in the District of Arizona and elsewhere, the defendant MARK A. RISSI, with the intent to communicate a true threat to injure another person and with knowledge that the communication would be viewed as a true threat to injure another person, knowingly transmitted a communication in interstate and foreign commerce containing a true threat to injure the person of another by stating the following in a voicemail telephone message he left for VICTIM-2 on VICTIM-2's office phone system: "I'm a victim of a crime. My family is a victim of a crime. My extended family is a victim of a crime. That crime was the theft of the 2020 election. The election that was fraudulent across the state of Arizona, that [VICTIM-2] knows was fraudulent, that [VICTIM-2] has images of the conspirators deleting election fraud data from the Maricopa County Board of Supervisors computer system. Do your job, [VICTIM-2], or you will hang with those son-of-a-bitches in the end. We will see to it. Torches and pitchforks. That's your future, dipshit. Do your job."

In violation of Title 18, United States Code, Section 875(c).

//

//

A TRUE BILL

_s/_
FOREPERSON OF THE GRAND JURY
Date: October 4, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

COREY R. AMUNDSON
Chief, Public Integrity Section
Criminal Division, U.S. Department of Justice

_s/_
SEAN K. LOKEY
Assistant U.S. Attorney
District of Arizona

_s/_
TANYA SENANAYAKE
Trial Attorney, Public Integrity Section
Criminal Division, U.S. Department of Justice