AO 442 (Rev. 11/11) Arrest Warrant

☒ FILED ☐ LODGED
☐ RECEIVED ☐ COPY

OCT 0 7 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## for the
## District of Arizona

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CR-22-1283-PHX-DWL |
| Mark A Rissi | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Mark A Rissi,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18:875(c) - Interstate Threat
47:223(a)(1)(C) - Threatening Interstate Telephone Call

ISSUED ON 6:54 am, Oct 05, 2022
s/ Debra D. Lucas, Clerk

*Issuing officer's signature*

City and state:   Phoenix, Arizona

M. Pruneau, Deputy Clerk
*Printed name and title*

cc: PTS

### Return

This warrant was received on *(date)* 10-5-22, and the person was arrested on *(date)* 10/6/22
at *(city and state)* Hiawatha, Iowa.

Date: 10/6/22

*Arresting officer's signature*

Derek Miller  Special Agent  FBI
*Printed name and title*