# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-22-01283-001-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | **(First Request)** |
| Mark Anthony Rissi, | |
| Defendant. | |

Upon Motion of Defendant, there being no objection, and good cause appearing,

IT IS ORDERED granting Defendant's Motion (Doc. 42).

IT IS FURTHER ORDERED continuing Sentencing from June 26, 2023, to **August 28, 2023, at 10:30 a.m.** in Courtroom 601.

Dated this 15th day of June, 2023.

Dominic W. Lanza
United States District Judge